**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

ISRAEL GARCIA, individually and on
behalf of a class of similarly situated individuals,

        Plaintiff,          No.: 16-CV-02574-MJD-BRT

    v.

TARGET CORPORATION, a Minnesota     **L.R. 5.6(d)(1)(A) STATEMENT**
corporation,

        Defendant.

---

**STATEMENT OF FILING UNDER TEMPORARY SEAL
PURSUANT TO L.R. 5.6(d)(1)(A)**

---

In connection with his Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment (Dkt. 146), Plaintiff has filed under temporary seal Exhibits C, D, E, F, G, and H.  Exhibits C, D, E, F, G, and H were all designated in their entirety as "Confidential" by Defendant pursuant to the protective order entered by the Court in this matter. (Dkt. 49.)   Accordingly, Plaintiff files this statement in lieu of filing redacted versions of Exhibits C, D, E, F, G, and H.

Dated:  December 13, 2018         Respectfully submitted,

                                 ISRAEL GARCIA, individually and on behalf
                                 of a Class of similarly situated individuals

                                 By:  /s/ Eugene Y. Turin
                                          One of His Attorneys

Myles McGuire (*pro hac vice*)
Evan M. Meyers (*pro hac vice*)
Eugene Y. Turin (*pro hac vice*)
McGuire Law, P.C.
55 W. Wacker Dr., 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
mmcguire@mcgpc.com
emeyers@mcgpc.com
eturin@mcgpc.com


Robert K. Shelquist
Lockridge Grindal Nauen, PLLP
100 Washington Ave., Ste. 220
Minneapolis, MN 55401
Tel: (612) 339-6900
rkshelquist@locklaw.com

*Counsel for Plaintiff Israel Garcia and Proposed Class Counsel*