# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

ISRAEL GARCIA, individually and on
behalf of a class of similarly situated individuals,

        Plaintiff,

v.

TARGET CORPORATION, a Minnesota
corporation,

        Defendant.

No.: 16-CV-02574-MJD-BRT

**MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

### PLAINTIFF'S *UNOPPOSED* MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Israel Garcia ("Plaintiff"), through his undersigned counsel, and pursuant to Fed. R. Civ. P. 23 and Local Rule 7-1, hereby moves for preliminary approval of the Settlement Agreement reached with Target Corporation ("Target") in this matter for claims brought pursuant to the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* By this Motion and the concurrently filed memorandum of law in support, Plaintiff seeks preliminary approval of the Settlement Agreement, proposed claims procedure, and the proposed form and method of class notice pursuant to Federal Rule of Civil Procedure 23(e).

Plaintiff also respectfully requests that the Court appoint Plaintiff as Class Representative and Myles McGuire, Evan M. Meyers, Eugene Y. Turin of McGuire Law,

1

P.C.; Daniel M. Hutchinson of Lieff Cabraser Heimann & Bernstein, LLP; Aaron Siri of Siri Glimstad LLP; Jarrett L. Ellzey of Hughes Ellzey, LLP; and Robert K. Shelquist of Lockridge Grindal Nauen, PLLP, as Class Counsel.

|  |  |
|---|---|
| Dated:  June 21, 2019 | Respectfully submitted, |
|  | ISRAEL GARCIA, individually and on behalf of a Class of similarly situated individuals |
|  | By:  /s/ Eugene Y. Turin<br>One of his Attorneys |

Myles McGuire (*pro hac vice*)
Evan M. Meyers (*pro hac vice*)
Eugene Y. Turin (*pro hac vice*)
McGuire Law, P.C.
55 W. Wacker Dr., 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
mmcguire@mcgpc.com
emeyers@mcgpc.com
eturin@mcgpc.com

Robert K. Shelquist
Lockridge Grindal Nauen, PLLP
100 Washington Ave., Ste. 220
Minneapolis, MN 55401
Tel: (612) 339-6900
rkshelquist@locklaw.com

Daniel M. Hutchinson
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Fl.
San Francisco, CA 94111
Tel: (415) 956-1000
Fax: (415) 956-1008
dhuthcinson@lchb.com

*Counsel for Plaintiff Israel Garcia and the Proposed Class Counsel*