UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

-------------------------------------------------------------------------------------------------

ISRAEL GARCIA, individually and on
behalf of a class of similarly situated individuals,

                  Plaintiff,                  No.: 16-CV-02574-MJD-BRT

      v.

TARGET CORPORATION, a Minnesota      **FINAL JUDGMENT**
corporation,

                  Defendant.

This action came before the Court on Plaintiff's Motion for Final Approval of the parties' class action settlement agreement. The issues have been considered and a decision has been rendered. Per Fed. R. Civ. Proc. 58,

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

Plaintiff's motion for approval of the Settlement is granted, and the Settlement Agreement submitted by the parties as Dkt. 181 is approved. Capitalized terms in this Order carry the same meaning as in the settlement agreement. Per the Settlement Agreement, Target Corporation shall establish a Settlement Fund in full settlement of all Released Claims, in exchange for a release in favor of Target Corporation by all Class Members who did not timely exclude

themselves from the Settlement Class and dismissal with prejudice of the action. The Court grants the following, which shall be paid out of the Settlement Fund: attorneys' fees and costs of $1,938,750.00, and an incentive award for the Class Representative Israel Garcia in the amount of $10,000.00.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  January 27, 2020.

s/ Michael J. Davis
Michael J. Davis
United States District Court
