# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Israel Garcia | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 16-cv-02574-MJD-BRT |
| Target Corporation | |
| Defendant. | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Plaintiff's motion for approval of the Settlement is granted, and the Settlement Agreement submitted by the parties as Dkt. 181 is approved. Capitalized terms in this Order carry the same meaning as in the settlement agreement. Per the Settlement Agreement, Target Corporation shall establish a Settlement Fund in full settlement of all Released Claims, in exchange for a release in favor of Target Corporation by all Class Members who did not timely exclude themselves from the Settlement Class and dismissal with prejudice of the action. The Court grants the following, which shall be paid out of the Settlement Fund: attorneys' fees and costs of $1,938,750.00, and an incentive award for the Class Representative Israel Garcia in the amount of $10,000.00.

| | |
|---|---|
| Date: 1/27/2020 | KATE M. FOGARTY, CLERK |
| | s/M. Brigan |
| | (By) M. Brigan, Deputy Clerk |